# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Dallas Division

FILED-USDC-NDTX-DA
'26 JUN 10 PM12:49
JJF

LAQUINTHIA IDERA MACKEY

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

UT SOUTHWESTERN MEDICAL CENTER MSP

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:26-cv-917-K-BN
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | LAQUINTHIA IDERA MACKEY |
| Street Address | 4975 LIMOUSIN LANE APT 337 |
| City and County | GRAND PRAIRIE, TARRANT |
| State and Zip Code | TEXAS, 75052 |
| Telephone Number | NON WORKING- ALT# 682-269-0030 |
| E-mail Address | LMACKEY976@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964 (42 U.S. Code § 2000e-3)The "Opposition Clause": Title VII specifically protects employees who voice internal complaints about workplace harassment. Your October 31st good-faith report to the Vice President is legally classified as "protected opposition activity"

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* __________, is a citizen of the State of *(name)* __________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* __________, is a citizen of the State of *(name)* __________. Or is a citizen of *(foreign nation)* __________.

Defendant No. 1

| | |
|---|---|
| Name | UT SOUTHWESTERN MEDICAL CENTER MSP |
| Job or Title *(if known)* | MSRDP DEPARTMENT/ REVENUE CYCLE |
| Street Address | 6001 FOREST PARK ROAD SUITE NG3.111 |
| City and County | DALLAS, DALLAS |
| State and Zip Code | TEXAS 75235 |
| Telephone Number | 214-648-9810 |
| E-mail Address *(if known)* | HR@UTSOUTHWESTERN.EDU |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

b. If the defendant is a corporation

The defendant, *(name)* __________, is incorporated under the laws of the State of *(name)* __________, and has its principal place of business in the State of *(name)* __________. Or is incorporated under the laws of *(foreign nation)* __________, and has its principal place of business in *(name)* __________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim (second sheet attached)

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On October 31, 2024, I engaged in a protected activity by reporting my manager's (Tina Hughes) harassment to the Director of MSRDP Wathen Strong and Assitant Director Malonee Garret. ( I have submitted numerous emails since 2023) Following my report, my manager filed a retaliatory counter-complaint against me. Tina Hughes admitted via meeting that she filed a counter complaint on 11/05/2024 with the compliance office of UTSW.

Also TWC investigation found there was no misconduct per policy of UTSW on or around 3/2026 per update letter.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My prayer for relief is $75,000 in damages or better to cover back pay, lost benefits, front pay and compensatory damanges ( compensation for emotional distress, mental anguish, or loss of enjoyment of life), and any damages the court sees fit for malicious termination.

---

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/10/2026

Signature of Plaintiff LaQuinthia Mackey

Printed Name of Plaintiff LaQuinthia Mackey

### B. For Attorneys

Date of signing: ______

Signature of Attorney ______

Printed Name of Attorney ______

Bar Number ______

Name of Law Firm ______

Street Address ______

State and Zip Code ______

Telephone Number ______

E-mail Address ______

I requested meetings with Malonee Garrett to report and discuss Tina Hughes' behavior with request to be transferred to another team. Malonee Garrett filed an anonymous tip to compliance regarding my complaint constant harassment and creation of what for me was becoming a difficult working environment.

The complaint was not investigated by compliance but appeared to have been forwarded to HR rep Freshelle Wynn. She took notes and advised "they were already aware of what was going on with Tina". There was no other action taken and no updates given.

On or around 11/19/2024 I submitted an email to Malonee Garrett and Wathen Strong advising of continued unprofessional behavior with Tina. I advised of the poor display of behavior exhibited by Tina Hughes via email to Wathen and Malonee Garrett.

I met with Tina on or around 11/26/2024 where she informed me that she was not racist and she had biracial children and she was not attempting to fire me. I emailed Malonee Garrett and **informed her that my email was passed on to Tina Hughes regarding my feelings regarding her behavior and the yelling at the meeting, otherwise she would not have made those specific statements via our meeting. There was also no investigation into my complaint thereafter.**

Tina also deemed me incompetent to train the next new hire, but made several requests during that time for me to assist other team leads with their work for the remainder of my employment.

On or around 01/09/2025 I filed a complaint regarding Tina taking away some of my duties of my job with an excuse that I wasn't familiar with the work, however I was a Team Lead required to know how to work all WQs for our team.

01/26/2025 The compliance report was not investigated and it was closed.

On or around 3/13-03/16/2025 I was contacted by compliance department and advised I falsified time. I asked for documentation and they admitted to an investigation that shows I clocked in and closed out correctly and was at my assigned IP address. I was asked to recall what I had been working on 5 months prior, which is not reasonable for anyone. I was told that I had lags in my Epic work time. When I asked for the documentation showing this I was not answered and there was no further discussion.

03/23/2025 or around that date. I was met with compliance and was told since I had no information on what I worked on 5 months prior I was being terminated.

I also questioned why my compliance request was investigated within two weeks, however Tina Hughes states that she filed a counter complaint on 11/05/2024 and it took them until 03/23/2025 to complete this investigation.